IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LINDA M. GILBERTSEN                                            PLAINTIFF

vs.                      Civil No. 3:12-cv-03060

MICHAEL J. ASTRUE                                       DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Plaintiff's Motion to Dismiss. ECF No. 8. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 6. Pursuant to this authority, this Court issues this Memorandum Opinion.

On November 6, 2012, Plaintiff filed the present Motion. ECF No. 8. With this Motion, Plaintiff seeks to have this case voluntarily dismissed with prejudice. *Id.* Defendant has not responded, and the time to respond has expired. Accordingly, Plaintiff's Motion (ECF No. 8) is **GRANTED,** and Plaintiff's case is dismissed with prejudice. A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

ENTERED this 5th day of December 2012.

                                                                     s/ Barry A. Bryant
                                                                     HON. BARRY A. BRYANT
                                                                     U. S. MAGISTRATE JUDGE